**UNITED STATES of America, Plaintiff—Appellee,**

v.

**Sergio SANCHEZ–MEZA, Defendant— Appellant.**

**No. 05–10057.**

**D.C. No. CR–03–00458–RCJ.**

United States Court of Appeals, Ninth Circuit.

Submitted Dec. 5, 2005.*

Decided Dec. 12, 2005.

Patrick J. Walsh, USLV—Office of the U.S. Attorney, Las Vegas, NV, for Plaintiff–Appellee.

---

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

Arthur L. Allen, Esq., FPDNV—Federal Public Defender's Office, Las Vegas, NV, for Defendant–Appellant.

Before GOODWIN, W. FLETCHER, and FISHER, Circuit Judges.

MEMORANDUM **

Sergio Sanchez–Meza appeals his guilty-plea conviction and 120–month sentence for possession of a controlled substance with intent to distribute, in violation of 21 U.S.C. §§ 841(a)(1), (b)(1)(A)(ii).

Pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), counsel for Sanchez–Meza has filed a brief stating there are no grounds for relief, and a motion to withdraw as counsel of record.

Our examination of the brief and independent review of the record pursuant to *Penson v. Ohio,* 488 U.S. 75, 83, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), disclose no grounds for relief. Counsel's motion to withdraw is GRANTED and the district court's judgment is AFFIRMED.

---

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by 9th Cir. R. 36–3.